IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLEN J. MICKE,

        Plaintiff,

v.

                                                       Case No. 20-cv-532-bbc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Allen J. Micke remanding this case for further proceedings.

| s/ V. Olmo, Deputy Clerk | 9/17/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |